# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M 12- 222**

2) Defendant's Name: Cabrera, Anthony
   (Last) (First) (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____

8) Name of Interpreter used today: _____   Language: _____

9) Arraignment on complaint held: ✓ __Yes __No   Date/Time: 3/3/12

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 3/5/12 @ 2pm

12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Tanisha Payne

14) DEFENSE COUNSEL'S NAME: Allen Lashley
    Address: _____
    Bar Code: _____ CJA: ✓ FDNY: ___ RET: ___
    Telephone Number: (___) _____

15) LOG #: (Got. Duty)   MAG. JUDGE: Robert M Levy

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __M 12-222__
2) Defendant's Name: __Farella__ (Last) __Frank__ (First) _____ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes __No Date/Time: __3/3/12__
10) Detention Hearing Held: ____ Bail set at: __$250,000__ ROR Entered: ____ POD Entered: ____
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Tanisha Dunam Payne__
14) DEFENSE COUNSEL'S NAME: __Vincent Romano__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: ____ RET: __✓__
    Telephone Number: (___) _____
15) LOG #: ____ (_____) MAG. JUDGE: __Robert M Levy__
16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __4__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M 12-222**
2) Defendant's Name: Pecorino (Last) Rosemarie (First) ___ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ __Yes __No   Date/Time: 3/3/12
10) Detention Hearing Held:___ Bail set at:_____ ROR Entered:___ POD Entered:___
11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 3/5/12 @ 2pm
12) (a) Preliminary Hearing set for:_____; or waived:_____
    (b) Removal Hearing set for:_____; or waived:_____
    (c) Status Conference set for:_____
13) ASSISTANT U.S. ATTORNEY: Tanisha Payne
14) DEFENSE COUNSEL'S NAME: Jean Barrett
    Address: _____
    Bar Code: _____ CJA ✓ FDNY:___ RET:___
    Telephone Number:( )_____
15) LOG #:___ (_____) MAG. JUDGE: Robert M Levy
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __M 12-222__
2) Defendant's Name: __Warren__ __Edward__ _____
   (Last)              (First)           (M.I.)
3) Age: _____
4) Title: _____  Section(s): _____
5) Citizen of: _____  Needs: _____ Interpreter
6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____  Language: _____
9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __3/3/12__
10) Detention Hearing Held: ____  Bail set at: __$100,000__  ROR Entered: ____  POD Entered: ____
11) Temporary Order of Detention Entered: ____  Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Tanisha Brown Payne__
14) DEFENSE COUNSEL'S NAME: _____
    Address: _____
    Bar Code: _____  CJA:__ FDNY:____ RET:____
    Telephone Number:(____) _____
15) LOG #:____ (_____)  MAG. JUDGE: __Robert M. Levy__
16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __M 12-222__
2) Defendant's Name: __Vincent__ __Frank__ _____
   (Last)            (First)           (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __3/3/12__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: __✓__
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Tanisha Payne__
14) DEFENSE COUNSEL'S NAME: __Len Kamdang__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: __✓__ RET: __
    Telephone Number: (___) _____
15) LOG #: ___ (_____) MAG. JUDGE: __Robert M Levy__
16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE